FILED IN
COURT OF CRIMINAL APPEALS

AUGUST 6, 2015

ABEL ACOSTA, CLERK

PD-1004-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/5/2015 7:43:38 AM
Accepted 8/6/2015 3:52:43 PM
ABEL ACOSTA
CLERK

## NO. 13-14-00175-CR
## TRIAL CAUSE NO. 2009 –CR-1438-A

| | | |
|---|---|---|
| **MANUEL PENA** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Manuel Pena, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1. On the 25th Day of June 2015, the Court of Appeals affirmed appellant's conviction. Manuel Pena v. State, 13-14-00175; Trial Cause number 2009-CR-1438-A. This petition is therefore due on July 24, 2015.

2. Counsel has been unable to complete the petition for the following reasons: When Counsel received notice of the judgment, he was working on an appeal in Cause number 13-15-00050. The appeal was to the Court of Appeals, 13th District of Texas and was completed and submitted on the 10th day of July 2015. Additionally, Counsel's communication with Appellant was delayed because he is currently in custody in Connally Unit, Kenedy, TX.

3.  Defendant is currently incarcerated.

4.  Counsel for Appellant conferred with Assistant District Attorney Rene Gonzalez on July 24, 2015 and he was not opposed to Appellant's request for a continuance to file a Petition for Discretionary Review.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until September 5, 2015, to file a petition for discretionary review.

Respectfully submitted,

JOSEPH MORENO

By:/s/ Joseph Moreno
    JOSEPH MORENO
    State Bar No. 24048676
    23409 El Paso Drive
    Harlingen, TX 78552
    j_moreno_02@yahoo.com
    Attorney for Manuel Pena

## CERTIFICATE OF SERVICE

This is to certify that on August 5, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Cameron County, 964 E. Harrison Street, Brownsville, TX 78520, by E-mail to rgonzalez1@co.cameron.tx.us.


/s/ Joseph Moreno
JOSEPH MORENO